Paul J. O'Rourke, Jr., # 143951
Brandon M. Fish, #203880
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY, an Illinois Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT- SACRAMENTO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT C. SINGLETON, JANE DOE (M.P., a fictitiously named adult female),<br><br>Defendants. | Case No.  2:06-CV-0696 MCE-GGH<br><br>**STIPULATION AND ORDER GRANTING ALLSTATE INSURANCE COMPANY LEAVE TO AMEND ITS COMPLAINT AND PLACING DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 39-141** |

IT IS HEREBY STIPULATED by and between plaintiff ALLSTATE INSURANCE COMPANY ("ALLSTATE") and defendant SCOTT C. SINGLETON as follows:

1. On March 30, 2006, ALLSTATE filed the instant action seeking a declaration as to whether coverage is afforded for SINGLETON under his ALLSTATE Homeowners Policy in connection with a case entitled "*Jane Doe (M.P.) v. City of Sacramento, et al.*, Sacramento County Superior Court Case No. 05AS03870" (the "Underlying Action").

2. In the Underlying Action, Jane Doe (M.P.) alleged she was sexually assaulted. Further, she sought to protect her privacy by filing the Underlying Action as a Jane Doe.

3. ALLSTATE named SINGLETON and Jane Doe (M.P.) as defendants in its declaratory relief complaint. At the time ALLSTATE filed the instant complaint, it was unaware of Jane Doe (M.P.)'s true name.

4. SINGLETON waived service of the declaratory relief complaint and timely filed an answer on June 20, 2006.

5. Jane Doe (M.P.) has not been served in this matter.

6. ALLSTATE is now aware of Jane Doe (M.P.)'s true name and wishes to amend its complaint in order that it can proceed with service upon Jane Doe (M.P.). However, ALLSTATE wishes to do so showing an appropriate regard for Jane Doe (M.P.)'s privacy. *See* Cal. Pen. Code § 293.5 (protecting identity of alleged victims of sexual assault); *People v. Ramirez*, 55 Cal.App.4th 47, 53 (1997) ("There can be little dispute that [California's] interest in protecting the privacy of sex offense victims is extremely strong and fully justified").

7. Pursuant to Federal Rule of Civil Procedure 15, the parties hereby agree that ALLSTATE may amend its complaint consistent with Local Rule 15-220 to include Jane Doe (M.P.)'s true name and to allege her proper county of residence. Such an amendment will not require a further responsive pleading by SINGLETON.

1  8.  In addition, the parties agree that ALLSTATE's First Amended Complaint and all subsequent documents identifying Jane Doe (M.P.) by her true name shall be sealed and protected from any public disclosure pursuant to Local Rule 39-141.

Dated: July 14, 2006

          McCORMICK, BARSTOW, SHEPPARD
                 WAYTE & CARRUTH LLP

By: ___/s/ Brandon. M. Fish___
Paul J. O'Rourke, Jr.
Brandon M. Fish
Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY,
an Illinois Corporation

Dated: July 14, 2006

                MATHENY, SEARS,
               LINKERT & LONG LLP

By: ___/s/ Adrianne Samms___
Michael A. Bishop
Adrianne Samms
Attorneys for Defendant
SCOTT C. SINGLETON

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

**ORDER**

GOOD CAUSE BEING SHOWN, it is ordered that ALLSTATE INSURANCE COMPANY is given leave to amend its complaint to include Jane Doe (M.P.)'s true name and to allege her proper county of residence. Such amended complaint shall be filed within two weeks of the date of this order.

GOOD CAUSE BEING SHOWN, it is further ordered that such amended complaint and all subsequent documents filed in this action identifying Jane Doe (M.P.) by her true name shall be sealed and protected from any public disclosure pursuant to Local Rule 39-141.

IT IS SO ORDERED.

DATED: July 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE