Paul J. O'Rourke, Jr., # 143951   (SPACE BELOW FOR FILING STAMP ONLY)
Brandon M. Fish, #203880
Ben Nicholson, #239893
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY, an Illinois Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT- SACRAMENTO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT C. SINGLETON, et al.,<br><br>Defendants. | Case No.  2:06-cv-0696 MCE-GGH<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER** |

The following Stipulation is entered into between plaintiff, ALLSTATE INSURANCE COMPANY ("ALLSTATE"), and defendants, SCOTT C. SINGLETON ("SINGLETON") and JANE DOE (M.P.) ("DOE (M.P.)").  These parties to the above-entitled action by and through their respective counsel of record hereby agree and stipulate as follows:

1. On August 15, 2006, the Court issued the Pretrial Scheduling Order in this action. This Order set forth the following dates in this action:

- February 6, 2007 – completion of discovery
- April 6, 2007 – disclosure of experts
- July 6, 2007 – completion of all dispositive motions
- September 24, 2007 – Final Pretrial Conference
- November 7, 2007 – trial.

2. The dates in the Pretrial Scheduling Order were set following the Court's review of the Joint Status Report submitted by the parties. However, at the time the Joint Status Report was submitted, DOE (M.P.) had not made an appearance in this action, and therefore, she was not included in the Joint Status Report. Consequently, the dates set forth in the Joint Status Report were provided without input from counsel for DOE (M.P.).

3. In late 2006, DOE (M.P.) had spinal reconstruction surgery and as a result of this surgery, DOE (M.P.) was not able to attend any activities related to this action or the state court action entitled *Jane Doe (M.P.) v. City of Sacramento, et al.*, Sacramento County Superior Court Case No. 05AS03870 (the "*Doe* Action"), including her deposition in that action. According to DOE (M.P.)'s doctor, she will be able to attend court-related activities, including her deposition, beginning in January 2007.

4. Because of DOE (M.P.)'s medical condition, the deposition of DOE (M.P.), as well as other discovery in the *Doe* Action, was delayed. The earliest the parties could schedule the deposition of DOE (M.P.) in the *Doe* Action is February 16, 2007.

5. The delays in discovery in the *Doe* Action have also delayed discovery in this declaratory relief action. Because of these delays, the parties do not believe they will be able to complete discovery in this action by the deadline of February 6, 2007 as forth by the Pretrial Scheduling Order, and thus, the parties request the Court modify the Pretrial Scheduling Order. Further, modifying the Pretrial Scheduling Order is necessary to avoid any prejudice in completing discovery and preparing for trial.

6. For the foregoing reasons, the parties request the Court modify the Pretrial Scheduling Order as follows:

- April 6, 2007 – completion of discovery
- May 4, 2007 – disclosure of experts.

These modifications will not change the dates for the completion of dispositive motions, the Final Pretrial Conference or trial.

| | |
|---|---|
| Dated: January 11, 2007 | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP |

By: /s/ Brandon M. Fish
Paul J. O'Rourke, Jr.
Brandon M. Fish
Ben Nicholson
Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY,
an Illinois Corporation

Dated: January 9, 2007                    MATHENY, SEARS,
                                          LINKERT & LONG LLP

By: /s/ Michael A. Bishop
Michael A. Bishop
Adrianne Samms
Attorneys for Defendant
SCOTT C. SINGLETON

Dated: January 11, 2007                   YORK LAW CORPORATION

By: /s/ Brandon McKelvey
Wendy C. York
Brandon McKelvey
Attorneys for Defendant
JANE DOE (M.P.), a fictitiously named adult female

**ORDER**

The Court having reviewed the Stipulation of the parties and finding good cause, HEREBY ORDERS THAT:

1. The Pretrial Scheduling Order dated August 15, 2006 be modified as follows:

    a. All discovery, with the exception of expert discovery, shall be completed by April 6, 2007;

    b. All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than May 4, 2007.

IT IS SO ORDERED.

DATED: January 16, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE