Paul J. O'Rourke, Jr., # 143951
Brandon M. Fish, # 203880
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
ALLSTATE CASUALTY INSURANCE
COMPANY, an Illinois Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| ALLSTATE CASUALTY INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT C. SINGLETON, et al.,<br><br>Defendants. | Case No. 2:06-CV-00696 MCE-GGH<br><br>**ALLSTATE INSURANCE COMPANY'S REQUEST TO APPEAR TELEPHONICALLY IN YORK LAW CORPORATION'S HEARING ON ITS MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR JANE DOE (M.P.) AND ORDER**<br><br>Date:       June 8, 2007<br>Time:       9:00 a.m.<br>Courtroom: 3<br>Judge:      Hon. Morrison C. England, Jr. |
|---|---|

Plaintiff, ALLSTATE INSURANCE COMPANY ("ALLSTATE"), respectfully requests that it may appear telephonically by and through its counsel Brandon M. Fish at York Law Corporation's hearing on its Notice of Motion and Motion to Withdraw as Counsel of Record for JANE DOE (M.P.) on June 8, 2007 at 9:00 a.m.. Mr. Fish may be reached at (559) 433-2118.

Dated: June 6, 2007

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By:   /s/ Brandon M. Fish
           Paul J. O'Rourke, Jr.
           Brandon M. Fish
      Attorneys for Plaintiff
      ALLSTATE INSURANCE COMPANY,
      an Illinois Corporation

**ORDER**

The Court hereby orders that Plaintiff ALLSTATE may appear telephonically for York Law Corporation's hearing on its Motion to Withdraw as Counsel of Record for Jane Doe (M.P.).

IT IS SO ORDERED.

Dated: June 6, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

REQUEST TO APPEAR TELEPHONICALLY  2:06-CV-00696 MCE-GGH