Paul J. O'Rourke, Jr., # 143951
Brandon M. Fish, #203880
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY, an Illinois Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT C. SINGLETON, et al.,<br><br>Defendants. | Case No.  2:06-CV-00696 MCE-GGH<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER** |

The following Stipulation is entered into between plaintiff, ALLSTATE INSURANCE COMPANY ("ALLSTATE"), and defendants, SCOTT C. SINGLETON ("SINGLETON") and JANE DOE (M.P.) ("DOE (M.P.)"). These parties to the above-entitled action by and through their respective counsel of record hereby agree and stipulate as follows:

1.    On August 15, 2006, the Court issued the Pretrial Scheduling Order in this action. This Order set forth the following dates in this action:

- February 6, 2007 – completion of discovery
- April 6, 2007 – disclosure of experts
- July 6, 2007 – completion of all dispositive motions
- September 24, 2007 – Final Pretrial Conference
- November 7, 2007 – trial.

2. By stipulation of all parties, the February 6, 2007 date for completion of discovery and the date for disclosure of experts were modified on January 16, 2007. This modification was necessary because DOE (M.P.) was unavailable to participate in any activities related to this action and the underlying personal injury action, including the taking of her deposition, due to her recovery from back surgery.

3. On May 4, 2007, counsel for DOE (M.P.), York Law Corporation, filed a motion to withdraw as counsel in this action. York Law Corporation filed a similar motion in the underlying personal injury action. The hearing on the motion to withdraw in this action is scheduled for June 8, 2007 at 9:00 a.m. before this Court. ALLSTATE filed a notice of non-opposition to counsel's motion to withdraw.

4. Due to the pending motion to withdraw and to permit DOE (M.P.) to obtain new counsel, ALLSTATE withheld on filing a motion for summary judgment in this action. However, in light of the approaching deadline for completion of all motions and the trial date, ALLSTATE must file its motion for summary judgment. Therefore, to avoid any potential prejudice to DOE (M.P.), and to allow potential new counsel adequate time to address any dispositive motion, the parties stipulate to continuing the deadline for completion of all motions, including dispositive motions.

5. Counsel for ALLSTATE was advised by the Court's clerk that the Court will be dark during the entire month of July 2007, and that the earliest available date for the hearing on any dispositive motion is August 3, 2007. Because counsel for ALLSTATE is scheduled to be in trial in another matter on August 3, 2007, and since the Court hears dispositive motions every other Friday, the parties respectfully request the deadline to complete all motions, including dispositive motions, be continued to August 17, 2007.

///
///
///
///
///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER

6. This modification will not change the dates for the Final Pretrial Conference or trial.

Dated: June 6, 2007

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By:   /s/ Brandon M. Fish
Paul J. O'Rourke, Jr.
Brandon M. Fish
Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY, an
Illinois Corporation

Dated: June 6, 2007

MATHENY, SEARS,
LINKERT & LONG LLP

By:   /s/ Michael A. Bishop
Michael A. Bishop
Attorneys for Defendant
SCOTT C. SINGLETON

Dated: June 6, 2007

YORK LAW CORPORATION

By:   /s/ Brandon McKelvey
Brandon McKelvey
Attorneys for Defendant
JANE DOE (M.P.), a fictitiously named adult
female

03238/01019-1103447.v1

---

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER

**ORDER**

The Court having reviewed the Stipulation of the parties and finding good cause, HEREBY ORDERS THAT:

1. The Pretrial Scheduling Order dated August 15, 2006, and modified on January 16, 2007, be modified as follows:

That the deadline for completion of all motions, including dispositive motions, shall be continued to August 17, 2007.

IT IS SO ORDERED.

Dated: June 8, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

4

STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On June 7, 2007, I served the within documents:

**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER
AND (PROPOSED) ORDER**

- ☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

- ☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

- ☐ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document has been served.

Jane Doe (M.P.)
York Law Corporation
2295 Gateway Oaks Drive, Suite 165
Sacramento, California 95833
Telephone: (916) 643-4680
Facsimile: (916) 643-2200

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 7, 2007, at Fresno, California.

        /s/ Mary M. Reimer
             Mary M. Reimer

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

5

STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER