UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SCOTT C. SINGLETON and JANE DOE (M.P., a fictitiously named adult female),<br><br>        Defendants. | No. 2:06-cv-0696-MCE-GGH<br><br><br><br><br>ORDER |

York Law Corporation, counsel of record for Defendant Jane Doe (M.P.), moves to withdraw as said Defendant's counsel of record. Defendant DOE has not opposed York Law Corporation's request in that regard; Plaintiff Allstate Insurance Company has filed a Notice of Non-Opposition.

///
///
///
///

1

This motion is governed by the requirements of Local Rule 83-182(b), which provides that an attorney may not withdraw, leaving the client *in propria persona*, absent noticed motion and an affidavit from counsel showing the efforts made to provide notification of the attorney's intent to withdraw.  York Law Corporation has complied with those requirements and its request to withdraw is accordingly proper.

Because counsel's request is both procedurally correct and unopposed, the Motion to Withdraw is GRANTED.[1]  York Law Corporation is relieved as counsel of record for Defendant Jane Doe (M.P.) effective upon the filing of proof of service of this signed order on Defendant Jane Doe (M.P.).

IT IS SO ORDERED.

Dated: June 21, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefing.  E.D. Cal. Local Rule 78-230(h).

2